"O"

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JONATHAN CESAR SANCHEZ-RODRIGUEZ, <br><br> Defendant. | Case No.: SA 12-516M <br><br> ORDER OF DETENTION [8 U.S.C. § 1326] <br> [flight & danger] |

    Before the Court is the Government's request for an order detaining the defendant on the ground that there is a serious risk defendant will flee. The Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety or any person or the community.

    The Court has considered all of the evidence adduced at the hearing and the arguments and/or statements of counsel. The Court has also considered: (1) the nature and circumstances of the offenses; (2) the weight of evidence against the defendant; (3) the history and characteristics of the defendant; and (4) the nature and seriousness of the danger to any person or the community.

1  The Court finds that no condition or combination of conditions will reasonably assure the
2  defendant's appearance as required and the safety of the community, and that the defendant is a flight risk
3  and danger to the community because of the following factors:

4    (X) status as an illegal alien,

5    (X) insufficient bail resources,

6    (X) insufficient ties to the local community and strong ties to a foreign country,

7    ( ) current state custodial status,

8    (X) use of aliases and/or multiple name variations,

9    ( ) prior failure to appear,

10   (X) use of more than one social security number and more than one birth date,

11   (X) unstable/lack of employment history,

12   ( ) prior violation of probation/parole with revocation,

13   (X) extensive criminal history,

14   ( ) history of illegal drug use or substance abuse,

15   (X) prior deportation, and

16   ( ) _____.

17   (X) Pretrial Services's report and recommendation to detain the defendant for the
18        reasons set forth in the Pretrial Services's report.

19  IT IS THEREFORE ORDERED that defendant be: (1) detained prior to trial and committed to the
20  custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable,
21  from persons awaiting or serving sentences or being held in custody pending appeal; and (2) afforded
22  reasonable opportunity for private consultation with counsel. IT IS FURTHER ORDERED that, on order
23  of a Court of the United States or on request of any attorney for the Government, the person in charge of
24  the corrections facility in which defendant is confined deliver defendant to a United States marshal for the
25  purpose of an appearance in connection with a court proceeding.

26
    Dated:  November 7, 2012
27
                                        /s/  Arthur Nakazato
                                        ARTHUR NAKAZATO
28                                      UNITED STATES MAGISTRATE JUDGE